| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Herndon, David R. | 2. Court or Organization U.S. Disctrict Court Southern District of Illinois | 3. Date of Report 05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address United States Courthouse 750 Missouri Ave East St. Louis, Illinois | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1, Assets No 55-152 |
| 2. Trustee | Trust #2 Assets No 153-212 |
| 3. Trustee | Trust #3 Assets No 213-272 |
| 4. Trustee | Trust #4 Assets No 273-307 |
| 5. Trustee | Trust #5 Assets No 308-343; Trust #6 Assets 344-358 |

RECEIVED 2009 MAY 14 P 3:38 FINANCIAL DISCLOSURE OFFICIAL

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Herndon_David_R

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Edwardsville Premium checking account Y | | None | | | | | | | |
| 2. Community Educ FCU 2 cash account Y | | None | | | | | | | |
| 3. Bank of America regular checking account Y | | None | | | | | | | |
| 4. Bank of America regular checking account Y | | None | | | | | | | |
| 5. Anheuser Busch X | A | Int./Div. | J | T | | | J | | |
| 6. IRA Account Bear Stearns Brokerage IRA account | C | Dividend | M | T | | | | | assets listed below |
| 7. - (IRA) Altria Group Inc | | | | | | | | | |
| 8. - (IRA) Altria Group Inc | | | | | Buy (add'l) | 02/22 | K | | |
| 9. - (IRA) Altria Group Inc | | | | | Sold | 04/04 | J | | |
| 10. - (IRA) Apple Inc | | | | | Sold | 01/09 | K | A | |
| 11. - (IRA) Apple Inc | | | | | Buy | 04/25 | K | | |
| 12. - (IRA) Cisco Systems | | | | | Sold | 07/08 | J | | |
| 13. - (IRA) CocaCola | | | | | Buy | 02/15 | K | | see below for sale in same |
| 14. - (IRA) Coca Cola | | | | | Sold | 04/17 | K | A | |
| 15. - (IRA) Companhia Vale DoRio Doce ADR | | | | | Sold | 01/10 | K | | |
| 16. - (IRA) First Horizon Natl Corp | | | | | Buy | 02/04 | K | | |
| 17. - (IRA) First Horizon Natl Corp | | | | | Buy (add'l) | 04/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R.    - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - (IRA) First Horizon Natl Corp | | | | | Buy (add'l) | 10/15 | J | | |
| 19.   - (IRA) First Horizon Natl Corp | | | | | Buy (add'l) | 10/29 | J | | |
| 20.   - (IRA) Focus Media Hldg Ltd | | | | | Buy | 01/28 | K | | |
| 21.   - (IRA) Focus Media Hldg Ltd | | | | | Buy (add'l) | 06/11 | J | | |
| 22.   - (IRA) Focus Media Hldg Ltd | | | | | Buy (add'l) | 11/05 | J | | |
| 23.   - (IRA) Focus Media Hldg Ltd | | | | | Sold | 11/18 | J | | |
| 24.   - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 02/14 | J | | dividend pd fractional shs |
| 25.   - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 05/15 | | | no $value until fraction =1 |
| 26.   - (IRA) Fractional Kinder Morgan Mgmt | | | | | spinoff | 08/14 | | | dividend paid in fractional shs |
| 27.   - (IRA) Fractional Kinder Morgan Mgmt | | | | | spinoff | 11/14 | | | dividend paid in fractional shs |
| 28.   - (IRA) Fractional Kinder Morgan Mgmt | | | | | spinoff | 11/25 | | | dividend paid in fractional shs |
| 29.   - (IRA) Kinder Morgan Mgmt | | | | | | | | | |
| 30.   - (IRA) Kayne Anderson MLP Invt Co | | | | | Buy | 01/14 | K | | see below for sale in same |
| 31.   - (IRA) Kayne Anderson MLP Invt Co | | | | | Sold | 06/11 | K | A | |
| 32.   - (IRA) MicroSoft Corp | | | | | Buy | 04/25 | K | | |
| 33.   - (IRA) MicroSoft Corp | | | | | Buy (add'l) | 07/08 | J | | |
| 34.   - (IRA) Nucor Corp | | | | | Sold | 02/05 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - (IRA) Phillip Morris International | | | | | Spinoff (from line 6) | 04/03 | | | spinoff from Altria Grp |
| 36. - (IRA) Phillip Morris International | | | | | Buy (add'l) | 04/04 | J | | |
| 37. - (IRA) Phillip Morris International | | | | | Sold | 06/11 | K | D | |
| 38. - (IRA) Proshares Trust | | | | | Buy | 01/10 | K | | see below for sale in sa me |
| 39. - (IRA) Proshares Trust | | | | | Sold | 02/07 | K | | |
| 40. - (IRA) Proshares Ultra Financials | | | | | Buy | 10/17 | K | | |
| 41. - (IRA) Proshares Ultra Financials | | | | | Sold | 11/17 | J | | |
| 42. - (IRA) Rowan Companies | | | | | Sold | 01/09 | K | B | |
| 43. - (IRA) Seagate Technology | | | | | Buy | 06/11 | K | | see below for sale in sa me |
| 44. - (IRA) Seagate Technology | | | | | Sold | 06/18 | K | | |
| 45. - (IRA) Superior Energy Services Inc | | | | | Buy | 03/31 | K | | see below for sale in sa me |
| 46. - (IRA) Superior Energy Services Inc | | | | | Sold | 04/15 | K | B | |
| 47. - (IRA) TransOcean Inc | | | | | Buy | 06/19 | K | | |
| 48. - (IRA) TransOcean LTD | | | | | | 12/19 | | | name change INC to LTD |
| 49. - (IRA) Yahoo Inc | | | | | Sold | 02/06 | J | | |
| 50. - (IRA) XTO Energy Inc | | | | | Buy | 06/23 | K | | |
| 51. - (IRA) XTO Energy Inc | | | | | Buy (add'l) | 07/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - (IRA) Dreyfus General Money Market Account | | | | | | | | | |
| 53. Bear Stearns Brokerage Account | A | Interest | J | T | | | | | assets listed below |
| 54. - Dreyfus General Money Market Fund (B) | | | | | | | | | |
| 55. TRUST #1 Bear Stearns Brokerage Account | G | div & int | P1 | T | | | | | trust assets listed below |
| 56. - Dreyfus General Money Market Fund | | | | | | | | | |
| 57. - Charlotte-Mecklenberg Hosp Aut due 1/15/2015 5% | | | | | | | | | |
| 58. - Jackson Cnty MO Spl Oblig H Truman Sports | | | | | Buy | 06/30 | M | | |
| 59. - Clear Lake City Tex Wtr Auth GO Rfdg mun bond | | | | | | | | | |
| 60. - Austin Tex G/O Pub IMPT 8/15/01 5% | | | | | | | | | |
| 61. - Deschutes Cnty Ore Sch Dist | | | | | | | | | |
| 62. - Cook Cnty ILL g/o rfdg-ser D 5.25% | | | | | Buy | 04/01 | M | | |
| 63. - Orland Park ILL GO bds 2002A | | | | | Buy | 12/29 | M | | |
| 64. - Eagle Garfield & Routt CNTYS Colo Sch Dist | | | | | | | | | |
| 65. - Eagle Garfield & Routt Cntys Colo Sch Dist | | | | | | | | | |
| 66. - Hawaii State GO Rfdg Ser Co 03/01/2008 | | | | | Redeemed | 03/03 | M | | |
| 67. - Norfolk VA G/O RFDG & Cap Impt dtd 6/15/98 5% | | | | | | | | | |
| 68. - Lewis Cnty Wash Pub Util Dist | | | | | Redeemed | 10/01 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Long Island Pwr Auth | | | | | | | | | |
| 70. - Lower Colo River Auth Trans due 5/15/2011 5.25% | | | | | | | | | |
| 71. - Puerto Rico Mun Fin Agy GO Ser A 8/01/2011 | | | | | | | | | |
| 72. - Gulf Breeze Fla Rev Var Loc GO 12/01/85 4% | | | | | Sold | 06/30 | L | | |
| 73. - American Tower Corp | | | | | Buy | 10/31 | J | | |
| 74. - Atlas Pipeline Partners | | | | | Sold (part) | 03/04 | J | C | |
| 75. - Atlas Pipeline Partners | | | | | Sold | 11/28 | J | | |
| 76. - Atlas Energy Res LLC | | | | | Buy | 08/20 | J | | |
| 77. - Accenture Ltd Cl A | | | | | Sold (part) | 08/28 | K | D | |
| 78. - AES Corp | | | | | Sold | 10/31 | J | | |
| 79. - Apple Inc | | | | | Buy | 01/28 | K | | |
| 80. - Bank of America Corp | | | | | Buy | 10/16 | K | | |
| 81. - Boardwalk Pipeline Partners LP | | | | | Sold | 02/19 | K | | |
| 82. - CVS Caremark Corporation | | | | | | | | | fka Caremark RX |
| 83. - Crown Castle Intl Corp | | | | | Buy | 03/31 | K | | see below for sale in same |
| 84. - Crown Castle Intl Corp | | | | | Sold | 10/31 | J | | |
| 85. - Cisco Systems Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Colgate Palmolive Co | | | | | Sold (part) | 08/28 | J | C | |
| 87.  - Companhia Vale Do Rio Doce ADR | | | | | | | | | |
| 88.  - Companhia Vale Do Rio Doce ADR | | | | | Buy (add'l) | 06/27 | K | | |
| 89.  - Chesapeake Energy Corp | | | | | Buy | 01/10 | K | | |
| 90.  - Chesapeake Energy Corp | | | | | Buy (add'l) | 07/28 | J | | |
| 91.  - Chesapeake Energy Corp | | | | | Buy (add'l) | 10/31 | K | | |
| 92.  - Walt Disney Co Holding Co | | | | | Buy | 10/16 | K | | |
| 93.  - Energy Transfer Partners LP | | | | | Sold (part) | 03/04 | J | B | |
| 94.  - Energy Transfer Partners LP | | | | | Buy (add'l) | 05/21 | J | | |
| 95.  - Enterprise Products Partners LP | | | | | Sold (part) | 03/04 | J | D | |
| 96.  - Enterprise Products Partners LP | | | | | Buy (add'l) | 05/21 | J | | |
| 97.  - Exxon Mobil | | | | | Sold | 06/19 | K | E | |
| 98.  - General Dynamics Corp | | | | | Sold | 05/06 | K | C | |
| 99.  - Goldman Sachs Group Inc | | | | | Buy | 06/24 | K | | |
| 100.  - Honeywell Intl Inc | | | | | | | | | |
| 101.  - Inergy LP | | | | | Sold (part) | 03/04 | J | | |
| 102.  - Inergy LP | | | | | Sold | 05/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Ishares Trust S&P Midcap 400 Index Fd I JH | | | | | Sold | 03/12 | M | E | |
| 104. - Ishares Trust MSCI EAFE Index Fd EFA | | | | | Sold (part) | 08/25 | K | | |
| 105. - Ishares Trust MSCI EAFE Index Fd EFA | | | | | Sold | 10/02 | L | | |
| 106. - Ishares MSCI Pacific Ex-Japan Index fd EPP | | | | | Sold | 10/02 | K | B | stock split 07/29 |
| 107. - Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | | | | | stock split 07/29 |
| 108. - Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | Buy (add'l) | 10/31 | J | | |
| 109. - Ishares Trust Div Index Fund symbol DVY | | | | | Sold (part) | 02/29 | K | C | |
| 110. - Ishares Trust Ftse China 25 Index fd FXI | | | | | Buy | 08/25 | K | | see below for sale in same |
| 111. - Ishares Trust Ftse China 25 Index fd FXI | | | | | Sold | 10/31 | J | | |
| 112. - Hiland Partners LP | | | | | Buy | 03/06 | J | | see below for sale in same |
| 113. - Hiland Partners LP | | | | | Sold | 11/28 | J | | |
| 114. - Humana Inc | | | | | Buy | 06/24 | K | | |
| 115. - JPMorgan Chase & Co | | | | | | | | | |
| 116. - K-Sea Transportation Partners LP | | | | | Sold (part) | 03/04 | J | C | |
| 117. - K-Sea Transportation Partners LP | | | | | Sold | 08/20 | J | A | |
| 118. - Kinder Morgan Energy Partners | | | | | Sold (part) | 03/04 | J | D | |
| 119. - Lowes Companies Inc | | | | | Buy | 10/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - MetLife Inc. | | | | | Sold (part) | 08/28 | J | D | |
| 121. - MetLife Inc. | | | | | Sold | 10/02 | K | D | |
| 122. - McGraw Hill Companies Inc | | | | | Buy | 05/29 | K | | |
| 123. - Microsoft Corp | | | | | Buy | 03/18 | K | | |
| 124. - Morgan Stanley | | | | | Sold | 06/24 | K | | |
| 125. - Markwest Energy Partners LP | | | | | Sold (part) | 03/04 | J | A | |
| 126. - Nasdaq Stock Market Inc symbol NDAQ | | | | | | | | | |
| 127. - News Corporation | | | | | Sold | 08/15 | K | | |
| 128. - Nucor Corp | | | | | Sold | 03/18 | K | C | |
| 129. - Plains All American Pipeline LTD Partnership | | | | | Sold (part) | 03/04 | J | C | |
| 130. - Proshares Ultra S&P500 | | | | | Buy | 10/08 | K | | see below for sale in same |
| 131. - Proshares Ultra S&P500 | | | | | Sold | 10/28 | K | | |
| 132. - Regency Energy Partners LP | | | | | Sold (part) | 03/04 | J | D | |
| 133. - Regency Energy Partners LP | | | | | Sold | 08/20 | J | D | |
| 134. - Research in Motion LTD | | | | | | | | | |
| 135. - Research in Motion LTD | | | | | Buy (add'l) | 10/16 | K | | |
| 136. - Research in Motion LTD | | | | | Buy (add'l) | 11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Sector SPDR Trust int Energy symbol XLE | | | | | Sold | 01/10 | L | E | |
| 138. - Schlumberger Ltd | | | | | Buy | 01/24 | K | | |
| 139. - Target Corp | | | | | | | | | |
| 140. - TransOcean Inc | | | | | Buy | 07/28 | K | | |
| 141. - TransOcean Inc | | | | | Buy (add'l) | 10/07 | K | | |
| 142. - TransOcean LTD | | | | | | 12/19 | K | | name change INC to LTD |
| 143. - Thermo Fisher Scientific Inc | | | | | | | | | |
| 144. - Thermo Fisher Scientific Inc | | | | | Buy (add'l) | 01/10 | K | | |
| 145. - UnitedHealth Group Inc | | | | | Sold | 06/24 | K | | |
| 146. - United Technologies Corp | | | | | Sold (part) | 08/28 | K | D | |
| 147. - United Technologies Corp | | | | | Sold | 10/02 | K | D | |
| 148. - Western Asset 2008 Worldwide fka Salomon 2008 | | | | | Sold | 12/02 | K | | |
| 149. - Weatherford Intl Ltd-Bermuda | | | | | Sold | 01/24 | K | D | |
| 150. - WisdomTree Trust | | | | | Buy | 02/29 | K | | |
| 151. - Williams Partners LP | | | | | Buy | 08/20 | J | | |
| 152. - Yahoo Inc | | | | | Sold | 02/06 | K | C | |
| 153. TRUST #2 Bear Sterns Brokerage Account | D | Int./Div. | M | T | | | | | assets detailed below |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Herndon, David R. | - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Dreyfus General Money Market Fund B | | | | | | | | | |
| 155. -American Tower Corp | | | | | Buy | 10/31 | J | | |
| 156. -Accenture Ltd Cl A | | | | | | | | | |
| 157. -Apple Inc | | | | | Buy | 01/28 | J | | |
| 158. -AES Corporation | | | | | Sold | 10/31 | J | | |
| 159. -Bank of America | | | | | Buy | 10/16 | J | | |
| 160. -CVS Caremark Corporation | | | | | | | | | fka Caremark RX |
| 161. -Chesapeake Energy Corp | | | | | Buy | 01/10 | J | | |
| 162. -Chesapeake Energy Corp | | | | | Buy (add'l) | 07/28 | J | | |
| 163. -Chesapeake Energy Corp | | | | | Buy (add'l) | 10/31 | J | | |
| 164. -Chesapeake Energy Corp | | | | | Sold (part) | 12/26 | J | | |
| 165. -Cisco Systems | | | | | | | | | |
| 166. -Colgate Palmolive Co | | | | | | | | | |
| 167. -Companhia Vale Do Rio Doce ADR | | | | | | | | | |
| 168. -Companhia Vale Do Rio Doce ADR | | | | | Buy (add'l) | 06/27 | J | | |
| 169. -Crown Castle Intl Corp | | | | | Buy | 03/31 | J | | see below for sale in same |
| 170. -Crown Castle Intl Corp | | | | | Sold | 10/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Walt Disney Co Holding Co | | | | | Buy | 10/16 | J | | |
| 172.  -Exxon Mobil Corp | | | | | Sold | 06/19 | J | C | |
| 173.  -General Dynamics Corp | | | | | Sold | 05/06 | J | A | |
| 174.  -Goldman Sachs Group Inc | | | | | Buy | 06/24 | J | | |
| 175.  -Honeywell Intl Inc | | | | | | | | | |
| 176.  -Ishares Trust Midcap 400 Index Fund symbol IJH | | | | | Sold | 03/12 | L | D | |
| 177.  -Ishares Trust MSCI EAFE Index Fund symbol EFA | | | | | Sold (part) | 08/25 | J | | |
| 178.  -Ishares Trust MSCI EAFE Index Fund symbol EFA | | | | | Sold | 10/02 | J | | |
| 179.  -Ishares MSCI Emerging Markets Index Fund EEM | | | | | | | | | |
| 180.  -Ishares Tr Sel Div Index Fund symbol DVY | | | | | Sold (part) | 02/29 | K | B | |
| 181.  -Ishares Tr Sel Div Index Fund symbol DVY | | | | | Sold | 06/09 | J | | |
| 182.  -Ishares MSCI Pacific ex-Japan Index Fd symbol EPP | | | | | Sold | 10/02 | J | A | |
| 183.  -Ishares Tr FTSE China 25 Index FXI | . | | | | Buy | 08/25 | J | | |
| 184.  -Humana Inc | | | | | Buy | 06/24 | J | | |
| 185.  -JPMorgan Chase & Co | | | | | | | | | |
| 186.  -Kinder Morgan Energy Partners LTD partnership | | | | | | | | | |
| 187.  -Lowes Companies Inc | | | | | Buy | 10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Metlife | | | | | Sold | 10/02 | J | C | |
| 189. -McGraw Hill Companies | | | | | Buy | 05/29 | J | | |
| 190. -Microsoft Corp | | | | | Buy | 03/18 | J | | |
| 191. -Morgan Stanley | | | | | Sold | 06/24 | J | | |
| 192. -Nasdaq Stock Market Inc symbol NDAQ | | | | | | | | | |
| 193. -News Corporation | | | | | Sold | 08/15 | J | | |
| 194. -Nucor Corp | | | | | Sold | 03/18 | J | A | |
| 195. -ProShares Ultra S&P 500 | | | | | Buy | 10/08 | J | | see below for sale in same |
| 196. -ProShares Ultra S&P 500 | | | | | Sold | 10/28 | J | | |
| 197. -Research in Motion LTD | | | | | | | | | |
| 198. -Research in Motion LTD | | | | | Buy (add'l) | 10/16 | J | | |
| 199. -Research in Motion LTD | | | | | Buy (add'l) | 11/12 | J | | |
| 200. -Schlumberger LTD | | | | | Buy | 01/24 | J | | |
| 201. -Sector SPDR Trust Energy symbol XLE | | | | | Sold | 01/10 | J | C | |
| 202. -Target Corp | | | | | | | | | |
| 203. -TransOcean Inc | | | | | Buy | 07/28 | J | | |
| 204. -TransOcean Inc | | | | | Buy (add'l) | 10/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -TransOcean LTD | | | | | | 12/19 | | | name change INC to LTD |
| 206. -Thermo Fisher Scientific Inc | | | | | | | | | |
| 207. -Thermo Fisher Scientific Inc | | | | | Buy (add'l) | 01/10 | J | | |
| 208. -UnitedHealth Group Inc | | | | | Sold | 06/24 | J | | |
| 209. -United Technologies Corp | | | | | Sold | 10/02 | J | B | |
| 210. -Weatherford International Ltd Bermuda | | | | | Sold | 01/24 | J | A | |
| 211. -WisdomTree Trust | | | | | Buy | 02/29 | K | | |
| 212. -Yahoo Inc | | | | | Sold | 02/06 | J | A | |
| 213. TRUST #3 Bear Sterns Securities Corp | D | Int./Div. | N | T | | | | | assets detailed below |
| 214. -Dreyfus General Money Market Fund Cl B | | | | | | | | | |
| 215. -Accenture Ltd Cl A | | | | | | | | | |
| 216. -AES Corporation | | | | | Sold | 10/31 | J | | |
| 217. -American Tower Corp | | | | | Buy | 10/31 | J | | |
| 218. -Apple Inc | | | | | Buy | 01/28 | J | | |
| 219. -Bank of America Corp | | | | | Buy | 10/16 | J | | |
| 220. -CVS Caremark Corporation | | | | | | | | | fka Caremark RX |
| 221. -Cisco Systems | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Colgate Palmolive | | | | | | | | | |
| 223. -Crown Castle Intl Corp | | | | | Buy | 03/31 | J | | see below for sale in sa me |
| 224. -Crown Castle Intl Corp | | | | | Sold | 10/31 | J | | |
| 225. -Companhia Vale Do Rio Doce ADR | | | | | | | | | |
| 226. -Companhia Vale Do Rio Doce ADR | | | | | Buy (add'l) | 06/27 | J | | |
| 227. -Chesapeake Energy Corp | | | | | Buy | 01/10 | J | | |
| 228. -Chesapeake Energy Corp | | | | | Buy (add'l) | 07/28 | J | | |
| 229. -Chesapeake Energy Corp | | | | | Buy (add'l) | 10/31 | J | | |
| 230. -Walt Disney Co Holding Co | | | | | Buy | 10/16 | J | | |
| 231. -Exxon Mobil Corp | | | | | Sold | 06/19 | J | D | |
| 232. -General Dynamics Corp | | | | | Sold | 05/06 | J | A | |
| 233. -Goldman Sachs Group Inc | | | | | Buy | 06/24 | J | | |
| 234. -Honeywell Intl Inc | | | | | | | | | |
| 235. -Humana Inc | | | | | Buy | 06/24 | J | | |
| 236. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | Sold (part) | 08/25 | J | | |
| 237. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | Sold | 10/02 | K | | |
| 238. -Ishares Trust Midcap 400 Index Fd symbol IJH | | | | | Sold | 03/12 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Ishares Inc MSCI Pacific ex-Japan Index Fd symbol EPP | | | | | Sold | 10/02 | J | A | |
| 240. -Ishares Trust MSCI Emerging Markets EEM | | | | | | | | | |
| 241. -Ishares Tr Sel Div Index Fd symbol DVY | | | | | Sold (part) | 02/29 | L | B | |
| 242. -Ishares Tr FTSE China 25 Index FXI | | | | | Buy | 08/25 | J | | |
| 243. -Ishares Tr FTSE China 25 Index FXI | | | | | Buy (add'l) | 12/26 | J | | |
| 244. -JPMorgan Chase & Co | | | | | | | | | |
| 245. -Kinder Morgan Energy Partners LTD Partnership | | | | | | | | | |
| 246. -Lowes Companies | | | | | Buy | 10/16 | J | | |
| 247. -Metlife Inc | | | | | Sold | 10/02 | J | C | |
| 248. -McGraw Hill Companies Inc | | | | | Buy | 05/29 | J | | |
| 249. -Microsoft Corp | | | | | Buy | 03/18 | J | | |
| 250. -Morgan Stanley | | | | | Sold | 06/24 | J | | |
| 251. -Nasdaq Stock Market Inc symbol NDAQ | | | | | | | | | |
| 252. -News Corporation | | | | | Sold | 08/15 | J | | |
| 253. -Nucor Corp | | | | | Sold | 03/18 | J | B | |
| 254. -Proshares Ultra S&P 500 | | | | | Buy | 10/08 | J | | see below for same in same |
| 255. -Proshares Ultra S&P 500 | | | | | Sold | 10/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Research In Motion Ltd | | | | | | | | | |
| 257. -Research In Motion Ltd | | | | | Buy (add'l) | 10/16 | J | | |
| 258. -Research In Motion Ltd | | | | | Buy (add'l) | 11/12 | J | | |
| 259. -Select SPDR Trust Energy symbol XLE | | | | | Sold | 01/10 | J | D | |
| 260. -Schlumberger LTD | | | | | Buy | 01/24 | J | | |
| 261. -Target Corp | | | | | | | | | |
| 262. -TransOcean Inc | | | | | Buy | 07/28 | J | | |
| 263. -TransOcean Inc | | | | | Buy (add'l) | 10/07 | J | | |
| 264. -TransOcean LTD | | | | | | 12/19 | | | name change Inc to LTD |
| 265. -Thermo Fisher Scientific Inc | | | | | | | | | |
| 266. -Thermo Fisher Scientific Inc | | | | | Buy (add'l) | 01/10 | J | | |
| 267. -UnitedHealth Group | | | | | Sold | 06/24 | J | | |
| 268. -United Technologies Corp | | | | | Sold | 10/02 | J | B | |
| 269. -Weatherford International Ltd Bermuda | | | | | Sold | 01/24 | J | B | |
| 270. -WisdomTree Trust | | | | | Buy | 02/29 | L | | see below for sale in same |
| 271. -WisdomTree Trust | | | | | Sold | 12/26 | L | | |
| 272. -Yahoo Inc | | | | | Sold | 02/06 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. TRUST #4 Bear Sterns Brokerage Account | D | Dividend | M | T | | | | | assets detailed below |
| 274. -Dreyfus General Money Market Fund B | | | | | | | | | |
| 275. -Claymore BNY Bric ETF | | | | | Buy | 01/30 | J | | |
| 276. -Ishares Trust S&P Midcap 400 Barra Value index IJJ | | | | | Sold (part) | 01/30 | J | A | |
| 277. -Ishares Trust S&P Midcap 400 Barra Value index IJJ | | | | | Sold | 03/12 | J | A | |
| 278. -Ishares Trust US Telecomm Sector Index FD IYZ | | | | | | | | | |
| 279. -Ishares Trust US Telecomm Sector Index FD IYZ | | | | | Buy (add'l) | 01/30 | J | | |
| 280. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | Sold (part) | 08/25 | J | | |
| 281. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | Sold | 10/02 | J | | |
| 282. -Ishares Inc MSCI Ex Japan Index Fd EPP | | | | | | 07/29 | | | stock split |
| 283. -Ishares Inc MSCI Ex Japan Index Fd EPP | | | | | Sold | 10/02 | J | A | |
| 284. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | | 07/29 | | | stock split |
| 285. -Ishares Tr Sel Div Index Fd-DVY | | | | | Sold (part) | 01/30 | K | | |
| 286. -Ishares Tr Sel Div Index Fd-DVY | | | | | Sold (part) | 02/29 | J | | |
| 287. -Ishares Tr china 25 Index FXI | | | | | Buy | 08/25 | J | | |
| 288. -Kayne Anderson MLP INVT Co | | | | | Buy | 01/30 | K | | |
| 289. -Select Sector SPDR Amex Utilities Index symbol XLU | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Herndon, David R. | - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Select Sector SPDR Amex Utilities Index symbol XLU | | | | | Buy (add'l) | 01/30 | J | | |
| 291. -Sector SPDR Trust-Industrial-symbol XLI | | | | | | | | | |
| 292. -Sector SPDR Trust-Industrial-symbol XLI | | | | | Buy (add'l) | 01/30 | J | | |
| 293. -Sector SPDR Trust-Technology-XLK | | | | | | | | | |
| 294. -Sector SPDR Trust-Technology-XLK | | | | | Buy (add'l) | 01/30 | J | | |
| 295. -Sector SPDR Trust-Energy-symbol XLF | | | | | | | | | |
| 296. -Sector SPDR Trust-Energy-symbol XLF | | | | | Buy (add'l) | 01/30 | J | | |
| 297. -Sector SPDR Trust-Energy-XLE | | | | | | | | | |
| 298. -Sector SPDR Trust-Energy-XLE | | | | | Buy (add'l) | 01/30 | J | | |
| 299. -Select Sector SPDR Fund-Consumer symb XLY | | | | | | | | | |
| 300. -Select Sector SPDR Fund-Consumer symb XLY | | | | | Buy (add'l) | 01/30 | J | | |
| 301. -Select Sector SPDR Fund - Health Care - XLV | | | | | | | | | |
| 302. -Select Sector SPDR Fund - Health Care - XLV | | | | | Buy (add'l) | 01/30 | J | | |
| 303. -Sector SPDR Trust-Consumer Staples-XLP fka Select Spdr Trst | | | | | | | | | |
| 304. -Sector SPDR Trust-Consumer Staples-XLP fka Select Spdr Trst | | | | | Buy (add'l) | 01/30 | J | | |
| 305. -Select Sector SPDR Fd Int Materials XLB | | | | | | | | | |
| 306. -Select Sector SPDR Fd Int Materials XLB | | | | | Buy (add'l) | 01/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -WisdomTree Trust | | | | | Buy | 02/29 | J | | |
| 308.  TRUST #5 Bear Stearns Brokerage Account | C | Dividend | L | T | | | | | Assets detailed below. |
| 309.  -Dreyfus General Money Market Account | | | | | | | | | |
| 310.  -Claymore BNY Bric ETF | | | | | Buy | 01/30 | J | | |
| 311.  -Ishares Trust S&P Midcap 400 Barra Value IJJ | | | | | Sold | 03/12 | J | A | |
| 312.  -Ishares Trust Dow Jones US Telecomm Sector IYZ | | | | | | | | | |
| 313.  -Ishares Trust Dow Jones US Telecomm Sector IYZ | | | | | Buy (add'l) | 01/30 | J | | |
| 314.  -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | Sold (part) | 01/30 | J | A | |
| 315.  -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | Sold (part) | 08/25 | J | | |
| 316.  -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | Sold | 10/02 | J | | |
| 317.  -Ishares Inc MSCI Pacific Ex-Japan Index E PP | | | | | Sold (part) | 01/30 | J | A | |
| 318.  -Ishares Inc MSCI Pacific Ex-Japan Index E PP | | | | | | 07/29 | | | stock split |
| 319.  -Ishares Inc MSCI Pacific Ex-Japan Index E PP | | | | | Sold | 10/02 | J | A | |
| 320.  -Ishares Trustr MSCI Emerging Markets Index fd EEM | | | | | Sold (part) | 01/30 | J | B | |
| 321.  -Ishares Trustr MSCI Emerging Markets Index fd EEM | | | | | | 07/29 | | | stock split |
| 322.  -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | Sold (part) | 01/30 | K | | |
| 323.  -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | Sold (part) | 02/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Ishares Tr FTSE China 25 Index FXI | | | | | Buy | 08/25 | J | | |
| 325. -Kayne Anderson MLP INVT Co | | | | | Buy | 01/30 | J | | |
| 326. -Select Sector SPDR Amex Utilities XLU | | | | | | | | | |
| 327. -Select Sector SPDR Amex Utilities XLU | | | | | Buy (add'l) | 01/30 | J | | |
| 328. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | | | | | |
| 329. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | Buy (add'l) | 01/30 | J | | |
| 330. -Sector SPDR Trust Shs ben int Technology XLK | | | | | | | | | |
| 331. -Sector SPDR Trust Shs ben int Technology XLK | | | | | Buy (add'l) | 01/30 | J | | |
| 332. -Sector SPDR Trust shs ben int Financial X LF | | | | | | | | | |
| 333. -Sector SPDR Trust shs ben int Financial X LF | | | | | Buy (add'l) | 01/30 | J | | |
| 334. -Sector SPDR Trust shs ben int Energy symbol XLE | | | | | | | | | |
| 335. -Sector SPDR Trust shs ben int Energy symbol XLE | | | | | Buy (add'l) | 01/30 | J | | |
| 336. -Select Sector SPDR Fund Consumer symbol XLY | | | | | | | | | |
| 337. -Select Sector SPDR Fund Consumer symbol XLY | | | | | Buy (add'l) | 01/30 | J | | |
| 338. -Select Sector SPDR Fund Health Care symbol XLV | | | | | | | | | |
| 339. -Select Sector SPDR Fund Health Care symbol XLV | | | | | Buy (add'l) | 01/30 | J | | |
| 340. -Sector SPDR Trust Consumer Staples XLP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  -Sector SPDR Trust Consumer Staples XLP | | | | | Buy (add'l) | 01/30 | J | | |
| 342.  -Select Sector SPDR Fund Materials XLB | | | | | Buy | 01/30 | J | | |
| 343.  -WisdomTree Trust | | | | | Buy | 02/29 | J | | |
| 344.  TRUST #6 Bear Stearns Brokerage Account | B | Dividend | K | T | | | | | |
| 345.  -Dreyfus General Money Market Account | | | | | | | | | |
| 346.  -Claymore BNY Bric ETF | | | | | Buy | 06/13 | J | | |
| 347.  -Ishares S&P Midcap 400 Value symbol IJJ | | | | | Sold | 01/30 | J | | |
| 348.  -Ishares MCSCI Eafe Index Fd symbol EFA | | | | | | | | | |
| 349.  -Ishares MCSCI Eafe Index Fd symbol EFA | | | | | Buy (add'l) | 01/30 | J | | |
| 350.  -Ishares MCSCI Eafe Index Fd symbol EFA | | | | | Sold (part) | 08/25 | J | | |
| 351.  -Ishares MCSCI Eafe Index Fd symbol EFA | | | | | Sold | 10/02 | J | | |
| 352.  -Ishares MSCI Emerging Markets Index sym EEM | | | | | | | | | |
| 353.  -Ishares MSCI Emerging Markets Index sym EEM | | | | | Buy (add'l) | 01/30 | J | | |
| 354.  -Ishares Dow Sel Index Fd symbol DVY | | | | | Sold (part) | 01/30 | J | | |
| 355.  -Ishares Dow Sel Index Fd symbol DVY | | | | | Sold (part) | 06/13 | J | | |
| 356.  -Ishares TrFTSE China 25 Index FXI | | | | | Buy | 08/25 | J | | |
| 357.  -Kayne Anderson MLP INVT Co | | | | | Buy | 01/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Standard & Poors Depository SPY | | | | | Buy | 01/30 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herndon, David R. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 24-28 fractional shares of Kinder Morgan Mgmt: Instead of paying cash dividends, Kinder Morgan issued fractional shares of stock. The fractional shares have no monetary value and no market until they accumulate to equal a full share.

Lines 54, 56, 154, 214, 274, 309, and 345, Dreyfus General Money Market Fund was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments. Consequently, money moved in and out of these funds with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Lines 48, 142, 205, and 264; On December 19, 2008, TransOcean Inc changed the location of its place of Incorporation from its group holding company in the Cayman Islands to Switzerland. The name changed from TransOcean Inc to TransOcean LTD

All trust assets are accounted for herein. According to your instructions, the aggreagate income and values were reported. Identification of the trusts was omitted for security purposes, but will be provided if requested. Naturally the records of each individual trust are available for the committee's inspection upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544